# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144845

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FRANK J. LAWRENCE, JR.,
      Plaintiff-Appellant,

v

                                SC: 144845
                                COA: 300478

CITY OF TROY,
      Defendant-Appellee.                Oakland CC: 2008-095176-CZ

_____/

      On order of the Court, the application for leave to appeal the February 14, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012 _____         _____

                                              Clerk